IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dixon, Theresa C

Printed: 10/14/08

Case Number:  06 B 00878
Judge:  Wedoff, Eugene R
Filed:  2/1/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: March 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 54,698.97 |  |
| Secured: |  | 49,040.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,800.00 |
| Trustee Fee: |  | 2,842.63 |
| Other Funds: |  | 15.65 |
| Totals: | 54,698.97 | 54,698.97 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,800.00 | 2,800.00 |
| 2. | Carey Bell | Secured | 0.00 | 2,193.14 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 41,581.48 |
| 4. | Ocwen Federal Bank FSB | Secured | 8,475.88 | 4,454.47 |
| 5. | Wysteria Homeowners Assoc | Secured | 2,185.50 | 811.60 |
| 6. | Nationwide Acceptance Corp | Unsecured | 181.55 | 0.00 |
| 7. | United Student Aid Funds Inc | Unsecured | 17,045.52 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 40.86 | 0.00 |
| 9. | Wow Internet | Unsecured | 11.39 | 0.00 |
| 10. | Protection One | Unsecured | 17.96 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 81.36 | 0.00 |
| 12. | Wysteria Homeowners Assoc | Unsecured | 0.00 | 0.00 |
| 13. | Nicor Gas | Unsecured | 105.07 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 49.80 | 0.00 |
| 15. | Check N Go | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | CB USA | Unsecured |  | No Claim Filed |
| 18. | Alliance Asset Management | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 21. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 22. | Mercantile Adjustment Bureau | Unsecured |  | No Claim Filed |
| 23. | Radiology Center | Unsecured |  | No Claim Filed |
| 24. | Sprint | Unsecured |  | No Claim Filed |
| 25. | US Cellular | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dixon, Theresa C | Case Number:  06 B 00878 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  2/1/06 |

26.  USA Payday Loans           Unsecured                                      No Claim Filed

                                              _____        _____
                                              $ 30,994.89       $ 51,840.69

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 544.16 |
| 5% | 371.02 |
| 4.8% | 731.49 |
| 5.4% | 1,190.48 |
| 6.5% | 5.48 |
|  | _____ |
|  | $ 2,842.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____